*M. McInerney, Robert S. Erdahl, Leon Ulman* and *Miss Rosalie Moynahan* for the United States.

No. 108.   EDISON *v.* COMMISSIONER OF INTERNAL REVENUE.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. David Baron* for petitioner.   *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, J. Louis Monarch* and *Miss Melva M. Graney* for respondent.

No. 109.   VIRZERA *v.* UNITED STATES; and
No. 110.   VIRZERA *v.* UNITED STATES.   October 8, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Julien Cornell* for petitioners.   *Acting Solicitor General Cox, Messrs. James M. McInerney, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.   Reported below: 149 F. 2d 188.

No. 113.   ENOCH PRATT FREE LIBRARY ET AL. *v.* KERR ET AL.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Harry N. Baetjer* and *John Henry Lewin* for petitioners.   *Mr. Charles H. Houston* for respondents.

No. 117.   JENKINS *v.* UNITED STATES.   October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. John J. Bouhan* for petitioner.   *Acting Solicitor General Cox, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.